**Order entered January 24, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00581-CV

### SIMON MENGELE, Appellant

### V.

### UNITED TOWS, LLC AND HENRY MILLER, Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-06296-A**

## ORDER

Appellant's brief in this appeal has not been filed. It was initially due September 26, 2019, and we have since granted four extensions of time to appellant. We granted the first two extensions to allow appellant to seek the assistance of counsel. When appellant was unable to secure the assistance of counsel, he sought to move forward with the appeal on his own, and we granted a third extension to allow him the requested time to complete his brief. He subsequently requested a fourth extension, which we granted to January 10, 2020.

Before the Court now is appellant's January 10, 2020 fifth extension motion. In this motion, appellant indicates the brief is complete but requests an extension to January 15, 2020 to allow "someone with knowledge and experience" to review his brief. We held appellant's

motion, waiting for the brief to be filed, but as of the date of this order, appellant's brief has not been filed.

Because the appeal cannot move forward without appellant's brief, we **GRANT** the motion to the extent we **ORDER** the brief filed no later than **February 3, 2020**. *No further requests for extensions will be granted and appellant is cautioned that failure to file the brief by February 3rd will result in the appeal being dismissed for want of prosecution without further notice.* *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b),(c).


/s/    KEN MOLBERG
        JUSTICE